(No. 757—Claimant awarded $3,562.50.)

United States Cold Storage Company, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed May 1, 1925.*

Franchise tax—*when refund for overpayment may be made.* Where there has been an overpayment of a franchise tax, the court may on the ground of social justice and equity award a refund of the excess paid.

Moran, Paltzer & O'Donnell, for claimant.

Oscar E. Carlstrom, Attorney General; Edward C. Fitch, Assistant Attorney General, for respondent.

Mr. Justice Leech delivered the opinion of the court:

This is a claim for the refund of certain portions of franchise taxes paid by above named claimant, erroneously, to the Secretary of State, of the State of Illinois, in the years 1921, 1922 and 1923, total excess paid over amount due being $3562.50.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained. ·

On the grounds of equity and social justice, we award claimant the sum of $3562.50.